JAP:WDS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# M 12- 250

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MICHAEL ANTHONY HAMMOND,

                Defendant.

- - - - - - - - - - - - - - - X

C O M P L A I N T

(T. 8, U.S.C.,
§§ 1326(a) and
1326(b)(1))

EASTERN DISTRICT OF NEW YORK, SS:

        MATTHEW LEW, being duly sworn, deposes and states that he is a Deportation Officer with Immigration and Customs Enforcement, duly appointed according to law and acting as such.

        On or about February 9, 2012, within the Eastern District of New York, the defendant MICHAEL ANTHONY HAMMOND, an alien who had previously been deported from the United States after a conviction for an aggravated felony, was found in the United States without the Secretary of the United States Department of Homeland Security having expressly consented to such alien's applying for admission.

        (Title 8, United States Code, Sections 1326(a) and 1326(b)(2)).

The source of your deponent's information and the grounds for his belief are as follows:[1/]

1.    I am a Deportation Officer of Immigration and Customs Enforcement ("ICE") and have been involved in the investigation of numerous cases involving the illegal re-entry of aliens.  I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.    On February 9, 2012, the defendant MICHAEL ANTHONY HAMMOND was arrested by the New York City Police Department ("NYPD"), 73rd Precinct, Brooklyn, New York for possession of a forged instrument in the first degree, in violation of section New York Penal Law section 170.15, a class C felony.

3.    The defendant was fingerprinted in connection with that arrest.  Based on the defendant's fingerprints, the New York City Police Department ran a criminal history report and found that the defendant, a citizen of Jamaica, had been previously convicted in Bergen County Superior Court, in Bergen County, New Jersey, for conspiracy to commit armed robbery, an aggravated

---

[1/]    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

felony offense, in violation of section 2C:5-2 of the New Jersey Penal Law, and of possession of a handgun for an unlawful purpose, in violation of section 2C:39-4a, on April 6, 1992. On July 30, 1992, the defendant was sentenced to two to seven years in prison.

4.    The defendant was deported from the United States to Jamaica on December 17, 2005, based on an order of removal dated May 23, 2000.

5.    On February 13, 2012, the defendant was taken into ICE administrative custody following his February 9, 2012 arrest.

6.    ICE compared the defendant's fingerprints taken on February 13, 2012 following his arrest in Brooklyn, the fingerprints from the April 1992 convictions in New Jersey, and the December 17, 2005 deportation and determined they were all made by the same individual.

7.    A preliminary search of the files of the Department of Homeland Security has revealed that there exists no request by the defendant for permission from the Secretary of the United States Department of Homeland Security to reapply for admission.

WHEREFORE, your deponent respectfully requests that the defendant MICHAEL ANTHONY HAMMOND be dealt with according to law.

_Matthew Lew_

Matthew Lew
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me this
13th day of March, 2012

J
;E